# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 21st day of April, two thousand twenty-six.

Before:  Steven J. Menashi,
    Myrna Pérez,
     *Circuit Judges,*\*
    Jed S. Rakoff,
     *District Judge.*†

_____

| | |
|---|---|
| United States of America, | **JUDGMENT** |
|    Appellee, | Docket No. 21-1058 |
| v. | |
| Akayed Ullah, | |
|    Defendant - Appellant. | |

_____

The appeal in the above captioned case from a judgment of the United States District Court for the Southern District of New York‡ was argued on the district court's record and the parties' briefs.

_____

\* Judge Rosemary S. Pooler, originally a member of the panel, passed away before the filing of this opinion. Judge Steven J. Menashi was added to the panel. *See* 2d. Cir. IOP E(b).

† Judge Jed S. Rakoff, of the United States District Court for the Southern District of New York, sitting by designation.

‡ Judge Richard J. Sullivan, United States Circuit Judge, sitting by designation. Judge Sullivan was a District Judge when Defendant-Appellant was indicted. Judge Sullivan retained the case when he became a Circuit Judge in October 2018. All references to the District Court in this opinion are to Judge Sullivan's rulings filed in the District Court.

IT IS HEREBY ORDERED, ADJUDGED and DECREED that the District Court's judgment is REVERSED as to Count One, AFFIRMED as to Counts Five and Six and as to Defendant's sentence (except to the extent that we vacate Count One and the sentence imposed therein), and the case is REMANDED for further proceedings consistent with this Court's decision.

For the Court:
Catherine O'Hagan Wolfe,
Clerk of Court